**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:06cr00374-001** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **WILLIAM HARBOUR,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on August 20, 2014, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release.  The defendant was present and represented by Attorney Darin Thompson.

The violation report was referred to Magistrate Judge Nancy Vecchiarelli on July 14, 2014 [Doc. 86].  The Magistrate Judge issued a Report and Recommendation on July 29, 2014 [Doc. 89].  No objections were filed.

The Court adopted the Report and Recommendation of the Magistrate Judge and found that the following terms of supervision had been violated:

      1) false statements to the supervising officer;

      2) failure to cooperate with sex offender treatment.

The Court, after entertaining statements from defendant, defense counsel and the supervising officer, continued defendant's supervision as earlier imposed with the additions of: 1) location monitoring with active GPS for a period of two months, 2) successful completion of

the of the Minor Protection & Restriction Program including attendance at self-help groups and other programs that may be recommended by the supervising officer; 3) destruction of the DVD's, binders, VHS's and other items relating to the instant violation which were taken into custody.

**IT IS SO ORDERED.**


Dated: August 20, 2014     *s/   James S. Gwin*
                           JAMES S. GWIN
                           UNITED STATES DISTRICT JUDGE